IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE
July 24, 2019 Session

**STATE OF TENNESSEE v. CURTIS LOGAN LAWSON**

**Appeal from the Criminal Court for Knox County**
**No. 110461   G. Scott Green, Judge**

_____

**No. E2018-01566-CCA-R3-CD**
_____

CAMILLE R. MCMULLEN, J., concurring in part, dissenting in part.

    For the reasons stated in State v. Welch, No. E2018-00240-CCA-R3-CD, 2019 WL 323826, at *5 (Tenn. Crim. App. Jan. 23, 2019)(J. McMullen, dissenting), appeal granted (May 17, 2019), I dissent from Part I of the majority conclusion in this case. In all other respects, I concur.


_____
CAMILLE R. MCMULLEN, JUDGE